IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra M. Rose,<br><br>    Plaintiff,<br><br>v.<br><br>Michael J. Astrue, Commissioner of Social Security,<br><br>    Defendant. | No. CV 10-120-TUC-FRZ<br><br>**ORDER** |

Plaintiff Debra M. Rose filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of the final decision of the Commissioner of the Social Security Administration, denying her application for Social Security disability and Supplemental Security Income disability benefits.

This matter was referred to the United States Magistrate Judge for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2, Rules of Practice of the United States District Court for the District of Arizona.

On November 4, 2010, Magistrate Judge Jennifer C. Guerin issued her Report and Recommendation, recommending that the District Court, after its independent review of the record herein, remand this matter to the Administrative Law Judge ("ALJ") for further proceedings consistent with the Report and Recommendation.

1   The Report and Recommendation provides a thorough factual and medical history and procedural background and an in-depth analysis of the claims under the appropriate legal standards.

   Magistrate Judge Guerin specifically found that the substantial evidence does not support the ALJ's finding that Plaintiff engaged in substantial gainful activity or that Plaintiff could perform her past relevant work as a hairdresser; that the ALJ did not follow the prescribed method in determining whether Plaintiff's mental impairment met or equaled a listed impairment; that the ALJ failed to properly evaluate the July 2008 opinion of Hubert R. Estes, M.D., and that the ALJ should consider the August 2009 report of Noelle Rohen, P.h.D.

   Magistrate Judge Guerin did find that the ALJ did not mischaracterize Plaintiff's MRI.

   Defendant filed an Objection to the Report and Recommendation, aguing that there is substantial evidence of record to support the ALJ's findings and the decision of the Commissioner that Plaintiff did not meet the disability requirements of the Social Security Act.

   The Court finds, after consideration of all matters presented and an independent review of the record herein, including Defendant's objection and Plaintiff's response thereto, that the findings of the Magistrate Judge as set forth in the Report and Recommendation, shall be accepted and adopted as the findings of fact and conclusions of law of the Court. Accordingly,

   **IT IS HEREBY ORDERED** that Magistrate Judge Guerin's Report and Recommendation [Doc.#18] is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

   **IT IS FURTHER ORDERED** that Plaintiff's claim for benefits is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings in accordance with the Report and Recommendation.

   DATED this 8th day of April, 2011.

   Frank R. Zapata
   Senior United States District Judge